**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WILFORD DEKEESEE et al.,

Plaintiffs,

v.

PROPERTY OWNER SALVATION ARMY NGO et al.,

Defendants.

Case No.: 26-cv-04174-DMS-DEB

**ORDER DENYING PLAINTIFFS' MOTION TO PROCEED *IN FORMA PAUPERIS***

On July 22, 2026, Plaintiffs Wilford Dekeesee, Roberta Rust, Akemi Lee, and Lajuanna Kane, proceeding *pro se*, filed this action against Defendants Property Owner Salvation Army NGO, Salvation Army's General Counsel Ayana Vasquez, Salvation Army Oceanside Residences, Inc., Kimball, Tirey, Kimball, and John LLP, Individual Property Managers, and Does 1–20. (Compl., ECF No. 1 at 1). Plaintiffs allege Civil RICO, RICO conspiracy, Elder Abuse, Intentional Infliction of Emotional Distress, 24 C.F.R. § 247, Wrongful Eviction, Fair Housing Act, and Unfair Business Practices claims. (*Id.*). Plaintiffs concurrently filed a Motion to Proceed *In Forma Pauperis*, which is currently pending before the Court. (Mot., ECF No. 2). For the following reasons, the Court denies Plaintiffs' Motion and dismisses the action without prejudice.

## I. MOTION TO PROCEED *IN FORMA PAUPERIS*

Parties instituting a civil action in a United States district court must pay a filing fee

of $405. 28 U.S.C. § 1914(a)–(b).[1] However, a court may authorize a party to proceed *in forma pauperis* ("*IFP*") without the prepayment of fees if the party submits an affidavit demonstrating their inability to pay. § 1915(a)(1); *see* CivLR 3.2(a) (listing specific requirements for the affidavit). Although a party need not be "absolutely destitute" to proceed *IFP*, they must "allege poverty with some particularity, definiteness and certainty" such that they could not "pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citation modified).

Plaintiffs' *IFP* Motion consists of an Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 240) under the name "Silvercrest Residents Association" and signed by Wilford Dekeesee. (Mot. 1). However, Silvercrest Residents Association is not a party to this action and artificial entities are not permitted to proceed *in forma pauperis*. (*See* Compl. 1); *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 211 (1993). Furthermore, "where there are multiple plaintiffs in a single action, the plaintiffs may not proceed *in forma pauperis* unless all of them demonstrate inability to pay the filing fee." *Ellis-Sanders v. Guardian Piazza D'Oro LLC*, No. 24-cv-00408-BAS-SBC, 2024 WL 4442012, at *2 (S.D. Cal. Sept. 4, 2024) (citation modified). Accordingly, Plaintiffs' Motion is denied.

## II. CONCLUSION AND ORDER

For the foregoing reasons, Plaintiffs' Motion to Proceed *In Forma Pauperis* is **DENIED**. Accordingly, this action is **DISMISSED** without prejudice. Within thirty days of the issuance of this Order, Plaintiffs may each file an *IFP* motion or pay the $405 filing fee. If Plaintiffs do neither, the Clerk of Court is instructed to close this case.

---

[1] The $405 fee consists of a $350 filing fee mandated by § 1914(a) and a $55 administrative fee prescribed by the Judicial Conference of the United States pursuant to § 1914(b). *See* Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023). However, the filing fee for an application for a writ of habeas corpus is $5. § 1914(a).

**IT IS SO ORDERED.**

Dated: August 24, 2026

Hon. Dana M. Sabraw
United States District Judge